# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIAMEDICA THERAPEUTICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PRA HEALTH SCIENCES, INC. and PHARMACEUTICAL RESEARCH ASSOCIATES GROUP B.V.<br><br>Defendants. | C.A. No. 1:18-cv-01318-UNA |

## DIAMEDICA THERAPEUTICS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Plaintiff DiaMedica Therapeutics, Inc. ("DiaMedica") hereby states that DiaMedica has no corporate parents, affiliates, and/or subsidiaries.

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
kmiller@skjlaw.com

Alfred J. Monte, Jr.
FisherBroyles, LLP
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103

Chris Pey
FisherBroyles, LLP
445 Park Avenue
9th Floor
New York, NY 10022

*Attorneys for Plaintiff,*
*DiaMedica Therapeutics Inc.*