IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIAMEDICA THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-1318 (MN) |
| ) | |
| PRA HEALTH SCIENCES, INC. and ) | |
| PHARMACEUTICAL RESEARCH ) | |
| ASSOCIATES GROUP B.V., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

WHEREAS, Plaintiff DiaMedica Therapeutics, Inc. ("Plaintiff") has moved to transfer to this action to the District of Minnesota (D.I. 25);

WHEREAS, Defendants PRA Health Sciences, Inc. and Pharmaceutical Research Associates Group B.V. (collectively, "Defendants") have opposed Plaintiff's motion to transfer and contest the District of Minnesota as a court in which Plaintiff "could have originally pursued its case" (D.I. 37 at 14);

WHEREAS, Plaintiff has requested leave to take limited discovery on the issue of whether the District of Minnesota may exercise personal jurisdiction over Defendants (D.I. 46 at 3 n.6); and

WHEREAS, the Court finds that additional evidence is needed to determine whether the District of Minnesota may exercise personal jurisdiction over Defendants such that the District of Minnesota is a "court in which [this action] could have been brought" under 28 U.S.C. § 1404(a)

THEREFORE, IT IS HEREBY ORDERED this 20th day of May 2019 that:

1.   Plaintiff's Motion to Take Limited Discovery on Personal Jurisdiction in the District of Minnesota (D.I. 46 at 3 n.6) is GRANTED.  Plaintiff may take discovery limited to the

2

issue of whether the District of Minnesota may exercise personal jurisdiction over Defendants such that it is a court "where [this action] might have been brought" under 28 U.S.C. § 1404(a).

    2.    Following the completion of the limited discovery allowed by this Order, the parties shall submit supplemental briefs regarding whether this action could have been brought in the District of Minnesota. The parties shall follow the following briefing schedule and page limits:

        a.    On July 8, 2019, Plaintiff shall submit its opening brief (of no longer than five (5) pages).

        b.    On July 15, 2019, Defendants shall submit their answering brief (of no longer than five (5) pages).

        c.    On July 18, 2019, Plaintiff shall submit its reply brief (of no longer than three (3) pages).

_____
The Honorable Maryellen Noreika
United States District Judge